FILED

MAY 17 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | 4:23 CR 00278 |
| v. | ) CASE NO. | |
| | ) | Title 18, United States Code, |
| KEVIN COLES, | ) | Sections 201(b)(1)(C), |
| | ) | 1791(a)(2), (b)(1), (b)(5), |
| Defendant. | ) | (d)(1)(C), and (d)(1)(G) |

GENERAL ALLEGATIONS        JUDGE POLSTER

At all times material and relevant to this Indictment:

1. The United States Marshals Service ("USMS") was established as a bureau within the United States Department of Justice under the authority and direction of the Attorney General.

2. The Attorney General was authorized to delegate responsibility for the safekeeping of federal pre-trial detainees to the USMS, and the USMS was authorized to enter into contracts for the same.

3. The Northeast Ohio Correctional Center ("NEOCC") operated under a contract with the USMS for the safekeeping of federal pre-trial detainees and was located within the Northern District of Ohio.

4. Defendant KEVIN COLES was a federal pre-trial detainee at NEOCC.

## COUNT 1
(Paying Bribes to a Public Official, 18 U.S.C. § 201(b)(1)(C))

The Grand Jury charges:

5. The allegations contained in paragraphs 1 through 4 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

6. From in or around February 2017 to on or about January 17, 2019, in the Northern District of Ohio, Eastern Division, Defendant KEVIN COLES, an inmate at Northeast Ohio Correctional Center, directly and indirectly, corruptly gave, offered, and promised a thing of value to a public official, with intent to induce a public official to do an act and omit to do an act in violation of his official duty, that is, Defendant arranged for a corrections officer to be paid money to smuggle prohibited objects into the Northeast Ohio Correctional Center, to wit: Suboxone containing the narcotic drug buprenorphine, as defined in Title 21 United States Code, Section 802, and tobacco, in violation of Title 18, United States Code, Section 201(b)(1)(C).

## COUNT 2
(Possessing Contraband in Prison, 18 U.S.C. §§ 1791(a)(2), (b)(1), and (d)(1)(C))

The Grand Jury further charges:

7. The allegations contained in paragraphs 1 through 4 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

8. From in or around February 2017 to on or about January 17, 2019, in the Northern District of Ohio, Eastern Division, Defendant KEVIN COLES, an inmate at Northeast Ohio Correctional Center, possessed and obtained, and attempted to possess and obtain, a prohibited object, to wit: Suboxone, containing the narcotic drug buprenorphine, as defined in Title 21 United States Code, Section 802, in violation of Title 18, United States Code, Sections 1791(a)(2), (b)(1), and (d)(1)(C).

## COUNT 3
(Possessing Contraband in Prison, 18 U.S.C. §§ 1791(a)(2), (b)(5), and (d)(1)(G))

The Grand Jury further charges:

9. The allegations contained in paragraphs 1 through 4 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

10. From in or around February 2017 to on or about January 17, 2019, in the Northern District of Ohio, Eastern Division, Defendant KEVIN COLES, an inmate at Northeast Ohio Correctional Center, possessed and obtained, and attempted to possess and obtain, a prohibited object, to wit: tobacco, in violation of Title 18, United States Code, Sections 1791(a)(2), (b)(5), and (d)(1)(G).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.